**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Martin Krutolow<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3964<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 23–11999–jpm | |

## Discharge of Debtor(s) and Order of Final Decree                             12/15

A petition under title 11, United States Code was filed by or against the Debtor(s) on 12/13/23; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.

- Kenneth Silverman is discharged as the Trustee of the Debtors estate and the bond is cancelled.

- The chapter 7 case of the above–named Debtor(s) is closed.

3/12/24                                                    **By the court:**  John P. Mastando III
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-11999-jpm |
| Martin Krutolow | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 12, 2024 | Form ID: 155new | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin Krutolow, 1641 3rd Ave Apt 29F, New York, NY 10128-3633 |
| 8247402 | + | Ace Natural, 257 East Sandford Blvd, Mount Vernon, NY 10550-4623 |
| 8247403 | + | Allied Interstate, PO Box 5002, Fogelsville, PA 18051-5002 |
| 8247404 | + | AmTrust, 59 Maiden Lane 43 Fl, New York, NY 10038-4639 |
| 8247408 | + | Bio Energy Dev Corp, 26-50 Brooklyn Queens Expy W,, Woodside, NY 11377-7822 |
| 8247410 | | Carol Dolgon-Krutolow, 1613 3rd Ave, New York, NY 10128 |
| 8247412 | + | Cintas, 325 Corporate Blvd S, Yonkers, NY 10701-6864 |
| 8247415 | + | Cloud Kitchens, 40-04 Skillman LIC LLC, 40-05 Skillman Ave, Sunnyside, NY 11104-3203 |
| 8247417 | + | ConEd, Attn: Law Department, 4 Irving Place Rm 1875, New York, NY 10003-3502 |
| 8247418 | + | Cornerstone Mgmt Systems, Inc, 271 Madison Ave Suite 800, New York, NY 10016-1005 |
| 8247419 | + | Cosme Plumbing & Heating Corp, 221 Bruckner Blvd, Bronx, NY 10454-1819 |
| 8247420 | + | Crown Cold Storage, 640 Parkside Ave Suite 301, Brooklyn, NY 11226-8414 |
| 8247424 | + | Dot Foods, 301 American Blvd, Bear, DE 19701-4932 |
| 8247425 | + | Everett HVAC & Construction, 1615 DEAN STREET SUITE 5C, Brooklyn, NY 11213-1743 |
| 8247426 | + | Foxship Bakery, 1735 W Diversey Pkwy Apt 218, Chicago, IL 60614-9386 |
| 8247427 | + | Fundomate Technologies, Inc, 300 Continental Blvd Ste 410, El Segundo, CA 90245-5053 |
| 8247428 | + | Goldstein & Loggia CPAs LLC, 707 Tennent Rd, Englishtown, NJ 07726-3127 |
| 8247429 | + | Hartford Insurance, 690 Asylum Ave, Hartford, CT 06155-0002 |
| 8247433 | + | Jemjac Ent., 1002 Pleasant Hill Rd, Orange, CT 06477-1116 |
| 8247435 | + | LIC Vegan LLC, 1641 3rd Ave, Unit 29FE, New York, NY 10128-3623 |
| 8247436 | + | Lilly's Vegan Pantry, 213 Hester St, New York, NY 10013-4966 |
| 8247440 | + | MVW 27, LLC, 97 Lexington Ave Store 1, New York, NY 10016-8919 |
| 8247437 | + | Manhattan Fire and Safety, 242 W 30th St, New York, NY 10001-4903 |
| 8247438 | + | Millennium Business Consulting, Inc., 450 7th Ave Suite 1503, New York, NY 10123-1505 |
| 8247439 | + | Mountain Air Roasters Coffee, 126 N 7th St, Grand Junction, CO 81501-3524 |
| 8247441 | + | My Parking Sign, 300 Cadman Plaza West Suite 1303, Brooklyn, NY 11201-3226 |
| 8247443 | + | NY State Division of Taxation, Bankruptcy/Special Procedures Section, Po Box 5300, Albany, NY 12205-0300 |
| 8247444 | + | NY State Unemployment Insurance, PO Box 4301, Binghamton, NY 13902-4301 |
| 8247442 | + | New Yorker Bagels, 34-20 12th St, LIC, NY 11106-5009 |
| 8247446 | + | Pearl Sci-Tec Bottling, 26 East St., Ansonia, CT 06401-3121 |
| 8247447 | | Public Storage, 2401 BQE Unit A492, Woodside, NY 11377 |
| 8247448 | + | Rapid Air Refrigeration, 645 Saw Mill River Rd,, Ardsley, NY 10502-2128 |
| 8247449 | + | Rauch Milliken, 4400 Trenton St., Metairie, LA 70006-6550 |
| 8247450 | + | Restaurant Depot, Jetro Cash & Carry Enterprises, LLC, 1710 Whitestone Expressway, Whitestone, NY 11357-3054 |
| 8247452 | + | Share Bite, 205 Hudson St, New York, NY 10013-1803 |
| 8247453 | + | Sign World, 1194 Utica Ave, Brooklyn, NY 11203-5997 |
| 8247454 | | Smart Sense by Digi, 86 Lincoln Street, 9th Floor, Boston, MA 02111 |
| 8247456 | + | State of NY - Worker's Comp Board, Bureau of Compliance, PO Box Box 5200, Binghamton, NY 13902-5200 |
| 8247457 | + | Strategic Tax Planning, PO Box 1828, Annapolis, MD 21404-1828 |
| 8247458 | + | Swift Capital, 2211 North First Street, San Jose, CA 95131-2021 |
| 8247461 | + | Taylor Grill, 750 North Blackhawk Boulevard, Rockton, IL 61072-2104 |
| 8247462 | | To Life Water, 924 50th St,, Brooklyn, NY 11219-3309 |
| 8247463 | + | Travellers Insurance, 1 Tower Square, Hartford, CT 06183-0002 |
| 8247464 | | U-Haul, PO Box 21502, Phoenix, AZ 85036-1502 |

23-11999-jpm    Doc 8    Filed 03/14/24    Entered 03/15/24 00:11:10    Imaged
Certificate of Notice    Pg 4 of 6

| District/off: 0208-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 155new | Total Noticed: 76 |

| | | |
|---|---|---|
| 8247466 | + | US Liability, 1190 Devon Park Dr, Wayne, PA 19087-2191 |
| 8247469 | + | VegOut Media LLC, 3550 Jasmine Ave Apt 9, Los Angeles, CA 90034-4988 |
| 8247468 | #+ | Vegan ReGrub LLC, 134 E 27th St Apt 29FE, New York, NY 10016-9090 |
| 8247471 | | Yeshaya Gorkin, PO Box 605, New York, NY 10038 |
| 8247472 | + | Zelin & Associates, 555 8th Ave Suite 2203, New York, NY 10018-4346 |

TOTAL: 49

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Mar 12 2024 19:08:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Mar 12 2024 19:08:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 12 2024 19:08:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Mar 12 2024 19:08:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8247405 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 12 2024 19:08:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-0001 |
| 8247406 | + | EDI: CINGMIDLAND.COM | Mar 12 2024 23:08:00 | AT&T, PO Box Box 537104, Atlanta, GA 30353-7104 |
| 8247407 | + | EDI: TSYS2 | Mar 12 2024 23:08:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 8247409 | + | EDI: CAPITALONE.COM | Mar 12 2024 23:08:00 | CAPITAL ONE, Attn: Bankruptcy, PO Box Box 30285, Salt Lake City, UT 84130-0285 |
| 8247411 | + | Email/Text: jpaige@cfgms.com | Mar 12 2024 19:08:00 | CFG Merchant Solutions, LLC, 180 Maiden Lane 15th Fl, New York, NY 10038-5150 |
| 8247413 | ^ | MEBN | Mar 12 2024 19:03:30 | CITIZENS BANK, 6 CORPORATE DR, SHELTON, CT 06484-6270 |
| 8247414 | | Email/Text: bky@clicklease.com | Mar 12 2024 19:08:00 | Clicklease, 1182 W 2400 S, West Valley City, UT 84119 |
| 8435746 | + | Email/Text: EAGBankruptcy@coned.com | Mar 12 2024 19:08:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, BANKRUPTCY GROUP - EAG, 4 IRVING PLACE 9TH FLOOR, NEW YORK, NY 10003-3502 |
| 8247416 | | Email/Text: OpsServicing@concertocard.com | Mar 12 2024 19:08:00 | Concerto Card Co, PO Box 200057, Dallas, TX 75320-0057 |
| 8247421 | + | EDI: MAXMSAIDV | Mar 12 2024 23:08:00 | DEPT OF ED/AIDVANTAGE, 1891 METRO CENTER DR, RESTON, VA 20190-5287 |
| 8247423 | | EDI: DISCOVER | Mar 12 2024 23:08:00 | DISCOVER BANK, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 8247430 | | Email/Text: headwaybnc@enova.com | Mar 12 2024 19:07:00 | Headway Capital, 175 W Jackson Blvd Suite 1000, Chicago, IL 60604 |
| 8247431 | + | EDI: IRS.COM | Mar 12 2024 23:08:00 | IRS, Attn: Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8247434 | | EDI: JPMORGANCHASE | Mar 12 2024 23:08:00 | JPMCB - CARD SERVICE, PO BOX 15369, WILMINGTON, DE 19850 |
| 8247422 | | Email/Text: EBN@Mohela.com | Mar 12 2024 19:08:00 | DEPT OF ED/MOHELA, PO Box 790233, St. |

23-11999-jpm    Doc 8    Filed 03/14/24    Entered 03/15/24 00:11:10    Imaged
Certificate of Notice    Pg 5 of 6

| District/off: 0208-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 155new | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Louis, MO 63179 |
| 8247445 | | Email/Text: Bankruptcy@swiftcapital.com | Mar 12 2024 19:08:00 | PayPal Business Loan, c/o Swift Financial, 3505 Silverside Rd 7th Fl, Wilmington, DE 19810 |
| 8247451 | + | EDI: SALLIEMAEBANK.COM | Mar 12 2024 23:08:00 | SALLIE MAE BANK INC, PO BOX 3229, WILMINGTON, DE 19804-0229 |
| 8247455 | + | Email/Text: dl-csgbankruptcy@charter.com | Mar 12 2024 19:08:00 | Spectrum Business, 400 Atlantic St, Stamford, CT 06901-3512 |
| 8247459 | + | EDI: SYNC | Mar 12 2024 23:08:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 8247460 | + | Email/Text: HARVEY.CHARNELLE@METRONY.SYSCO.COM | Mar 12 2024 19:08:00 | Sysco Metro NY, 20 Theodore Conrad Dr, Jersey City, NJ 07305-4614 |
| 8247467 | + | Email/Text: bankruptcynotices@sba.gov | Mar 12 2024 19:07:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 8247465 | + | Email/Text: arbankruptcy@uline.com | Mar 12 2024 19:08:00 | Uline, 12575 Uline Drive, Pleasant Prairie, WI 53158-3686 |
| 8247470 | + | EDI: WFFC2 | Mar 12 2024 23:08:00 | WELLS FARGO CARD SER, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8247432 | *+ | IRS, Attn: Centralized Insolvency, PO Box Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Silverman | longisland-filings@rimonlaw.com docketingtrustee@rimonlaw.com,ecf.alert+silvermanNYSB@titlexi.com |
| Scott J. Goldstein | on behalf of Debtor Martin Krutolow scott@wg-attorneys.com goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net;sgoldste0279@recap.email |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

District/off: 0208-1 | User: admin | Page 4 of 4
Date Rcvd: Mar 12, 2024 | Form ID: 155new | Total Noticed: 76

TOTAL: 3